IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-00582-WYD-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   May 28, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                                  *Counsel:*

CHAZZ J. ROBERTS,                                                     Raymond K. Bryant

      Plaintiff,

v.

MARC ANTONIO,                                                           David J. Goldfarb
TIM DOOLEY, and                                                          Sean J. Lane
THE TOWN OF VAIL,

      Defendants.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**9:11 a.m.        Court in session.**
Court calls case. Appearance of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**ORDERED:**     In light of Plaintiff's **NOTICE of Voluntary Dismissal of Colorado Common Law Claims** [Doc. No. 14, filed 5/3/2013], Defendant's **Partial MOTION to Dismiss** [Doc. No. 13, filed 5/3/2013] is **DENIED** as moot.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:   **July 12, 2013**

Discovery Cut-off:   **January 24, 2014**

Dispositive Motions deadline:   **January 24, 2014**

Parties shall designate affirmative experts **on or before September 28, 2013.**

Parties shall designate rebuttal experts **on or before October 28, 2013.**

Each side shall be limited to seven (7) expert witnesses, retained or non-retained, absent leave of court.

Each side shall be limited to ten (10) depositions absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**FINAL PRETRIAL CONFERENCE** is set for April 29, 2014 at 10:00 a.m.
Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
The parties anticipate a five (5) day jury trial.

- Scheduling Order is signed and entered with interlineations.

**9:42 a.m.     Court in recess.**
Hearing concluded.
Total time in court:     00:31

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.