IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-00582-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:                January 23, 2014 | Courtroom Deputy:    Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| CHAZZ J. ROBERTS, | Raymond K. Bryant |
| Plaintiff, | |
| v. | |
| MARC ANTONIO, *et al.*, | Gillian M. Fahlsing |
| | Sean J. Lane |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:      2:30 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding **Vail Defendants' Unopposed Motion to Amend Scheduling Order** [Doc. No. 31].

Counsel advise the court that the parties have reached a resolution in the case and anticipate filing a stipulation of dismissal without prejudice not later than one week from today.

**ORDERED:**     *Vail Defendants' Unopposed Motion to Amend Scheduling Order* [Doc. No. 31, filed 1/13/2014] is **DENIED as moot**. The parties are directed to filed a stipulated motion to dismiss **on or before January 31, 2014.**

Counsel clarifies that no settlement agreement has been reached between the parties, but that Plaintiff will voluntarily dismiss the lawsuit.

HEARING CONCLUDED.
**Court in recess**:     **2:35 p.m.**
Total time in court:    00:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.