IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00582-WYD-CBS

CHAZZ J. ROBERTS,

    Plaintiff,

v.

OFFICER MARC ANTONIO;
DEPUTY TIM DOOLEY; and
THE TOWN OF VAIL,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice filed March 14, 2014.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorneys' fees and costs.

Dated:  March 17, 2014

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge